IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LENORA WILLIAMS OMENKA, | Case No. 24-cv-06330-MMC |
|---|---|
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER; SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION; DIRECTIONS TO PLAINTIFF** |
| v. | |
| SELECT PORTFOLIO SERVICING, INC., | |
| Defendant. | |

Before the Court is plaintiff Lenora Williams Omenka's Motion for Temporary Restraining Order and Preliminary Injunction, filed today's date.

Having read and considered the matter, the Court finds there is no urgency in light of the challenged foreclosure sale having occurred on August 27, 2024, plaintiff now being, in essence, a tenant of the new owner.  Additionally, plaintiff has not provided proof of service of the Motion on the defendants, and such notice is a prerequisite to issue of a temporary restraining order under the circumstances presented.  See Fed. R. Civ. P. 65(b)(1) (prohibiting issuance of temporary restraining order in absence of showing "immediate and irreparable injury" would result if plaintiff were required to first provide notice to defendant).  Further, plaintiff, whose complaint is not verified, did not support the motion with a declaration.

Accordingly, the Court hereby DENIES without prejudice the Motion, to the extent it seeks a temporary restraining order.  The Court also hereby SETS the Motion, to the extent it seeks a preliminary injunction, for hearing on September 20, 2024, at 9:00 a.m., Department 7, 19th Floor, 450 Golden Gate Avenue, San Francisco CA 94102.  No later than September 13, 2024, plaintiff is directed to serve a copy of the Motion and a copy of

1 this Order on defendants, and to file with the Clerk of Court proof of such service no later
2 than September 16, 2024.  Additionally, if she chooses to do so, plaintiff shall file, no later
3 than September 13, 2024. any additional showing in support of the Motion.

4       Lenora Williams is referred to seek free legal assistance from the Legal Help
5 Center located in the San Francisco courthouse. The Legal Help Center will not represent
6 you as your lawyer, but can provide basic legal assistance at no cost.  You can schedule
7 an appointment by calling 415-782-8982 or emailing FedPro@sfbar.org.  You can find
8 more information at https://cand.uscourts.gov/pro-se-litigants/.  The court also has a free
9 guide "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants," which
10 provides instructions on how to proceed at every stage of the case, including discovery,
11 motions, and trial.  You can access it online (https://www.cand.uscourts.gov/wp-
12 content/uploads/2023/03/Pro_Se_Handbook_4-2024_MBB.pdf) or in hard copy free of
13 charge from the Clerk's Office.
14    **IT IS SO ORDERED.**

16 Dated: September 9, 2024                /s/ Trina L. Thompson for
17                                                     TRINA L. THOMPSON for
                                                    MAXINE M. CHESNEY
18                                                     United States District Judge