IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORA WILLIAMS OMENKA, <br><br> Plaintiff, <br><br> v. <br><br> SELECT PORTFOLIO SERVICING, INC., et al., <br><br> Defendants. | Case No. 24-cv-06330-MMC <br><br> **ORDER DISMISSING COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION; DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; DENYING AS MOOT DEFENDANTS' MOTION FOR EXTENSION TO TIME TO FILE RESPONSE TO COMPLAINT; AFFORDING PLAINTIFF LEAVE TO AMEND** |

By Order filed September 13, 2024, the Court directed plaintiff to show cause why the above-titled action should not be dismissed for lack of subject matter jurisdiction. Now before the Court is plaintiff's response, filed September 27, 2024, to the Order to Show Cause. Having read and considered the response, the Court rules as follows.

For the reasons stated in the Order to Show Cause, the Court finds plaintiff and defendant Deutsche Bank National Trust Company ("Deutsch Bank") are both citizens of California, that the Complaint only asserts state law claims against said non-diverse parties, and, consequently, that the Court lacks diversity jurisdiction over the above-titled action.

Although plaintiff, in her response, asserts that Deutsch Bank has subsidiaries who are not citizens of California, no such subsidiaries are parties to the action, and, in any event, even if they were to be added as additional defendants, diversity would remain lacking given Deutsch Bank's inclusion as a defendant. Additionally, although plaintiff contends a claim alleging a violation of the federal Fair Debt Collection Practices Act "could" be raised (see Pl.'s Response at 3), no such claim has been pleaded.

Accordingly, the Complaint is hereby DISMISSED for lack of subject matter jurisdiction, and, in light thereof, plaintiff's pending motion for a preliminary injunction is hereby DENIED.  Lastly, defendants' Motion, filed September 30, 2024, "for an Enlargement of Time to Respond to Plaintiffs' Complaint" is hereby DENIED as moot.

Should plaintiff wish to file a First Amended Complaint for purposes of alleging a claim or claims over which the Court would have subject matter jurisdiction, any such amended pleading shall be filed no later than October 25, 2024.

**IT IS SO ORDERED.**

Dated: October 1, 2024

MAXINE M. CHESNEY
United States District Judge